ERIC J. GLASSMAN (SBN 160543)
MENNEMEIER, GLASSMAN & STROUD LLP
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone: 916-553-4000
Facsimile: 916-553-4011
E-mail: glassman@mgslaw.com

Attorneys for Defendant
Merrill Lynch, Pierce, Fenner & Smith Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA OPERA,<br><br>Plaintiff,<br><br>v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC. (MERRILL LYNCH),<br><br>Defendant. | Case No. C 06-3074 JCS<br><br>STIPULATION EXTENDING THE TIME FOR DEFENDANT TO RESPOND |

Pursuant to Local Rule 6-1(a), the parties to this action, through their counsel of record, stipulate to extend the time for defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill Lynch") to answer or otherwise respond to the Complaint filed by plaintiff, Sandra Opera. Defendant's time to respond will be extended by two weeks beyond the original deadline of June 5, 2006. Defendant Merrill Lynch will now have up to and including June 19, 2006, in which to respond to the Complaint.

IT IS SO STIPULATED.

Dated: 5/31, 2006          YOUNG & STENZEL

                           By: _____
                               Douglas Stenzel
                           Attorneys for Plaintiff, Sandra Opera

Dated: May 30, 2006        MENNEMEIER, GLASSMAN & STROUD LLP

                           By: _____
                               Eric J. Glassman
Dated: 6/2/6'              Attorneys for Defendant
                           Merrill Lynch, Pierce, Fenner & Smith Incorporated

IT IS SO ORDERED
Judge Joseph C. Spero

375.50.PLE.Stip to Extend            1           STIPULATION EXTENDING THE TIME
                                                 FOR DEFENDANT TO RESPOND