ERIC J. GLASSMAN (SBN 160543)
MENNEMEIER, GLASSMAN & STROUD LLP
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone: 916-553-4000
Facsimile: 916-553-4011
E-mail: glassman@mgslaw.com

Attorneys for Defendant
Merrill Lynch, Pierce, Fenner & Smith Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA OPERA,<br><br>Plaintiff,<br><br>v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC. (MERRILL LYNCH),<br><br>Defendant. | Case No. C 06-3074 JCS<br><br>STIPULATION FURTHER EXTENDING THE TIME FOR DEFENDANT TO RESPOND |

Pursuant to Local Rule 6-1(a), the parties to this action, through their counsel of record, stipulate to further extend the time for defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill Lynch") to answer or otherwise respond to the Complaint filed by plaintiff, Sandra Opera. Defendant's time to respond will be extended by three weeks beyond the deadline of June 19, 2006. Defendant Merrill Lynch will now have up to and including July 10, 2006, in which to respond to the Complaint.

This extension will allow the parties to attempt to resolve the matter without the need for Defendant to formally respond to the complaint. This extension is for three weeks because Defendant's counsel will be on vacation the week of July 3 - 7. The original deadline for Defendant to respond to the Complaint was June 5, 2006. On May 31, counsel for the parties stipulated to a two-week extension of time for Defendant to respond. This further extension does

///
///

375.50.PLE.Stip to Extend.2.wpd

1   STIPULATION FURTHER EXTENDING THE TIME FOR DEFENDANT TO RESPOND

1  not disrupt any of the dates set by the Court in its Order Setting Initial Case Management
2  Conference and ADR Deadlines filed on May 8, 2006.
3      IT IS SO STIPULATED.
4  Dated: 6/20, 2006      YOUNG & STENZEL

By: /s/ Douglas Stenzel
Douglas Stenzel
Attorneys for Plaintiff, Sandra Opera

9  Dated: 6/19, 2006      MENNEMEIER, GLASSMAN & STROUD LLP

By: /s/ Eric J. Glassman
Eric J. Glassman
Attorneys for Defendant
Merrill Lynch, Pierce, Fenner & Smith Incorporated

14     IT IS SO ORDERED:

16 Dated: June 21, 2006     /s/ Joseph C. Spero
Joseph C. Spero
United States Magistrate Judge

*IT IS SO ORDERED — Judge Joseph C. Spero* (United States District Court, Northern District of California seal)

375.50.PLE.Stip to Extend.2.wpd    2    STIPULATION FURTHER EXTENDING THE TIME FOR DEFENDANT TO RESPOND